# United States District Court

**NORTHERN DISTRICT OF GEORGIA**

ORIGINAL

FILED IN CHAMBERS
SEP 25 2006
U.S. MAGISTRATE JUDGE
N.D. GEORGIA

UNITED STATES OF AMERICA
v.

MARK CHRISTIAN BUYATT II

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:06-MJ-1234

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>August 24, 2006</u> in <u>Coweta</u> County, in the Northern District of Georgia and elsewhere the defendant did knowingly and willfully deposit for conveyance in the mail and for delivery from any post office and by any letter carrier a letter, paper, writing, print, missive and document containing threats to take the life of and inflict bodily harm upon the President of the United States, in violation of Title 18, United States Code, Section 871.

On or about August 24, 2006, in Coweta County, in the Northern District of Georgia and elsewhere, the defendant did knowingly and willfully threaten to kill and inflict bodily harm upon a member of the immediate family of the President, in violation of Title 18, United States Code, Section 879(a)(2).

I further state that I am a(n) Special Agent of the United States Secret Service and that this complaint is based on the following facts:

Please see attached affidavit.
Continued on the attached sheet and made a part hereof.      (X) Yes      ( ) No

_____
Signature of Complainant
ANDREA PEACOCK

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

<u>SEPTEMBER 25, 2006</u>                at        <u>ATLANTA, GEORGIA</u>
Date                                                        City and State

ALAN J. BAVERMAN
<u>United States Magistrate Judge</u>                    _____
Name and Title of Judicial Officer                        Signature of Judicial Officer
AUSA CANDISS HOWARD 404/581-6000

AFFIDAVIT

I, Andrea Peacock, being duly sworn, hereby state:

1. I am a Special Agent ("SA") with the United States Secret Service ("USSS"), and have been so employed since March 2003. I also held the positions of Police Officer with the Marietta Police Department and Criminal Investigator with the Cobb County District Attorney's Office between December 1993 and March 2003.

2. This affidavit is made in support of a complaint against and arrest warrant for MARK C. BUYATT II (date of birth: 12/26/1979, SS # 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, FBI # 762162EB8), for mailing a letter containing a threat against the President of the United States in violation of 18 U.S.C. 871 and 18 U.S.C. 876(c), and a threat against the family and children of the President in violation of 18 U.S.C. 879 (2).

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

4. In summary, I was advised that on August 30, 2006, the White House mail facility received an envelope containing a letter and white powdery substance. The envelope was addressed to "President George W. Bush, 1600 Pennsylvania Ave., Washington, D.C." with a return address of "Mark C. Buyatt II, 560 Greison TRL, Newnan, GA. 30263."

5. I have examined the letter which was addressed to: "Mr. President of the United States of America, 8-24-2006"

6. In the letter, the subject states: "It's me again, Mark Christian Buyatt II. I don't know when I will get out of prison but I thought I would be fair and let you know that when I do get out I'm going to hunt you down and shoot an RPG up your ass, Hell I might just get a Remington 700 and blow your Fucking head off at your ranch in Texas. I am still Mark Christian Buyatt II and I still don't give a Fuck, I'm going to kill you and your entire family. Maybe Bin Laden will send me a thank you card. I'm going to eat your kids and then show you the video of it you bastard. I wouldn't piss on you if you were on fire, I'd throw jet fuel on you bitch ass. Keep your eyes open Fuck boy because when I get out your going to be one Dead queer. Enjoy your life while you can Bitch Boy. Fuck you, (signed) Mark C. Buyatt II P.S. Anthrax aint got shit on this. Eat a dick up until you hick up."

7. Another letter, dated 8/23/06, was also received on 8/30/06, containing numerous expletives from the subject, but no threats.

8. On 8/31/06, SA Andrea Peacock and SA Charlie Wertheim, USSS Atlanta, interviewed the subject at the Coweta County Jail, 560 Greison Trail, Newnan, Georgia. The subject was cooperative, answering most questions posed to him. The subject signed a SSF 1737B, acknowledging his Miranda rights and waiving his rights to have a lawyer present during his questioning.

9. The subject was questioned about the letter sent to the White House containing threats against the President and his family, and he admitted to sending the letter and volunteered that he had actually sent two letters. When asked why he sent the threatening letter, he stated that it was just like he explained in the letter. He wanted to give the President a fair chance before he killed him.

10. I explained to the subject that it was against both state and federal laws to threaten to kill anyone, including the President. Throughout the interview, the subject affirmed that he planned on killing the president when he was released from prison. He discussed using a gun, long rifle, or missile to kill the President.

11. When asked why he wanted to kill the president, BUYATT stated that he just did not like the man. He elaborated later that he did not like what was happening overseas or how Hurricane Katrina was handled.

12. BUYATT claimed association with members of the "Zetas" (Spanish for the letter Z), a Mexican Mafia organization. He claims that he has practiced shooting in Mexico with his member-friends and that the Zetas have assassinated a public official in Mexico. In June 2006, the subject was detained while crossing the border from Mexico into Texas, and was subsequently arrested by Coweta County Sheriff's Office on 6/15/2006 for Theft by Taking charges. (This is the reason for his incarceration at the Coweta Count Jail.)

13. BUYATT claims to have attempted suicide at least two times. The last time was by overdose in 2003 in Coweta County, Georgia. I confirmed numerous involuntary committals dating back to 1992 in the Washington D.C. area and a long series of committals from October 1994 – March 2006 in North Georgia.

14. Based upon the foregoing, I submit that there is probable cause to believe that MARK CHRISTIAN BUYATT II, mailed a letter containing a threat against the President of the United States and his family, in violation of Title 18 U.S.C. 871 and 18 U.S.C. 879(a)(2).